# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 26, 2014

150148

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellant,

v

DON DALE YOWCHUANG,
        Defendant-Appellee.

SC: 150148
COA: 314706
Wayne CC: 12-010198-FH

_____/

On order of the Court, the application for leave to appeal the August 5, 2014 judgment of the Court of Appeals is considered and, it appearing to this Court the case of *People v Seewald* (Docket No. 150146) is pending on appeal before this Court and that the decision in that case may resolve the issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 26, 2014



Clerk

p1119